UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD CABAN,

        Plaintiff,

- against -

APPEALS COMMITTEE OF THE BOARD OF
THE NEW YORK DISTRICT COUNCIL OF
CARPENTERS PENSION FUND et al.,

        Defendants.

19cv6205 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The time for the plaintiff to respond to the defendants' motion to dismiss or in the alternative for summary judgment is passed. The plaintiff should respond to the motion by **March 13, 2020**. The defendants may then reply by **March 23, 2020**. The plaintiff is advised that a failure to respond to the motion may result in the Court deciding the motion based on the current papers.

SO ORDERED.

Dated:    New York, New York
         February 24, 2020

                              John G. Koeltl
                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2.25.20

Copy mailed to pro se party(ies) at docket address