```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

RICHARD CABAN,                                  19cv6205 (JGK)

        Plaintiff,                         ORDER

    - against -

APPEALS COMMITTEE OF THE BOARD OF
THE NEW YORK DISTRICT COUNCIL,

        Defendant.

―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The time for the plaintiff to respond to the motion to dismiss or in the alternative for summary judgment is extended to May 22, 2020. The defendant's time to reply is June 2, 2020. If there is no response, the Court will decide the motion on the current papers.

SO ORDERED.

Dated:    New York, New York
           May 6, 2020       /s/ John G. Koeltl
                                         John G. Koeltl
                               United States District Judge