```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------
RICHARD CABAN,                        19cv6205 (JGK)

                Plaintiff,            ORDER

        - against -

APPEALS COMMITTEE OF THE BOARD OF
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND et al.,

                Defendants.
------------------------------------------------
```

**JOHN G. KOELTL, District Judge:**

The motion to dismiss for or summary judgment has been pending since December 30, 2019. The time to respond has been extended on multiple occasions. In the last extension, the Court extended the time to respond to May 22, 2020 and informed the plaintiff that if there was no response by that date, the Court would decide the motion on the papers currently filed. The time to respond is extended for a final time to June 19, 2020 and if there is a response the defendants may reply by July 10, 2020. If there is no response by June 19, 2020, the Court will decide the motion based on the papers already submitted.

**SO ORDERED.**

**Dated:**   New York, New York
            June 2, 2020

                                   ___/s/ John G. Koeltl_____
                                        John G. Koeltl
                                   **United States District Judge**