**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RICHARD CABAN,

               Plaintiff,                        19 **CIVIL** 6205 (JGK)

      -against-                               **JUDGMENT**

NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION PLAN; DAVID
STEWART; JOSEPH A. GEIGER; DAVID T.
MEBERG; and MONICA SCHMIDT,
               Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 28, 2020, the Court has considered all of the arguments raised by the parties; to the extent not specifically addressed, the arguments are either moot or without merit; the defendants' motion to dismiss for failure to state a claim is granted as to all claims; the defendants' motion for summary judgment is also granted as to all claims; this case is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
            September 29, 2020

                                                    **RUBY J. KRAJICK**
                                                      _____
                                                        Clerk of Court
                                      **BY:**
                                                        _____
                                                          Deputy Clerk